✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| BOLDIN, EVETTE M | CM/ECF Case No. 4:26-PO-00207-AGH |
| 2420 2ND AVE APT 201 | Case No.  GM1  E2535729, E2535730 & E2535731 |
| | USM No. |
| COLUMBUS, GA 31901 | |
| | _____ |
| | Defendant's Attorney |

**THE DEFENDANT:** BOLDIN, EVETTE M

☑ **THE DEFENDANT** pleaded guilty to count(s)    3

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-49 | Following Too Closely | 03/20/2026 | 3 |

☑ Count(s)  1 & 2          ☐ is  ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $190.00 | $ 10.00 | $ 150.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  7569

Defendant's Year of Birth:  1968

City and State of Defendant's Residence:
COLUMBUS, GA

06/24/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/24/2026
_____
Date